Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 8500
Orange, CA 92868
Tel: (714) 621-0200
Fax: (714) 621-0277
Email: efile@ch13ac.com

Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No.:  8:17-bk-13818-ES |
|---|---|
| HANS NEARHOFF | Chapter 13 |
| | **NOTICE OF OBJECTION AND OBJECTION TO CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT** |
| | Date:  December 21, 2017<br>Time: 10:30 am<br>Ctrm: 5A |
| Debtor(s). | Place: 411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

**TO DEBTOR; DEBTOR'S COUNSEL; AND ALL OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that on the date and time and in the courtroom indicated above, Amrane Cohen, Chapter 13 Trustee, will and hereby does move this Court for an Order granting the relief sought as set forth in the Objection below and accompanying supporting documents served and filed herewith.  Said Objection is based upon the grounds set forth in the attached Objection and accompanying documents.

1  **Your rights may be affected.**  You should read these papers carefully and discuss

2  them with your attorney, if you have one. (If you do not have an attorney, you may wish to

3  consult one.)

4  **Deadline for Opposition Papers:**  This Objection is being heard on regular notice

5  pursuant to LBR 9013-1. If you wish to oppose this Objection, you must file a written

6  response with the court and serve a copy of it upon the Objector or Objector's attorney at

7  the address set forth above no less than fourteen (14) days prior to the above hearing date.

8  If you fail to file a written response to this Objection within such time period, the court

9  may treat such failure as a waiver of your right to oppose the Objection and may grant the

10  requested relief.

11  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:**  The

12  undersigned hereby verifies that the above hearing date and time were available for this

13  type of Objection according to the judge's self-calendaring procedures.

14

15  Dated: November 21, 2017                    By: /s/ Brian D. Wirsching

16                                                   Brian D. Wirsching
                                                     Attorney for Amrane Cohen,
17                                                   Chapter 13 Trustee

18

19

20

21

22

23

24

25

26

27

28

## OBJECTION TO CLAIMS OF EXEMPTION

Amrane Cohen, Chapter 13 Trustee, ("Trustee") hereby objects to the claims of exemption asserted by debtor Hans Nearhoff ("Debtor") in the following property:

a.    the asset described in Schedule C as "SFD" which presumably relates to the real property listed in Schedule A as 2495 Tequesta, Tustin, CA 92782 (the "Property").

The objection is based upon the foregoing notice of objection, the following Memorandum of Points and Authorities, the attached declaration, the attached exhibits, the documents and information in the files and records of the Court and the Chapter 13 Trustee, and such oral and written evidence that may be presented at the hearing of this matter.

This objection is made pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 4003.  The Trustee hereby requests judicial notice of the Court's files and records in the instant case in support of this objection.  The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and §1334.  The Trustee, as the administrator of this chapter 13 case, has standing to bring this objection as an interested party pursuant to 11 U.S.C. § 1302 and FRBP 4003(b).

The ground for the objection to the claim of exemption is that Debtor's claim of an exemption in the Property under California Code of Civil Procedure ("C.C.P.") § 703.140(b)(1) in the amount of $50,000.00 exceeds the amount allowed by that statute.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### BACKGROUND FACTS

Debtor commenced this case by filing a voluntary petition under chapter 13 on September 25, 2017.

In Schedule A, Debtor lists an ownership interest in the Property.  Exhibit A.

In Schedule C, Debtor claims an exemption in the Property of $50,000.00 under C.C.P. § 703.140(b)(1).  Exhibit B.

3

0003

Debtor's § 341(a) meeting of creditors was initially held and concluded on October 31, 2017.  At the § 341(a) meeting, the Trustee requested that Debtor amend Schedule C to claim the proper exemption amount by November 7, 2017.  The docket does not reflect that an amended Schedule C has been filed.

## II.

## AUTHORITIES

**A.    THIS OBJECTION IS TIMELY.**

FRBP 4003(b) is the operative rule for objections to claims of exemption.  That rule provides:

> OBJECTING TO A CLAIM OF EXEMPTIONS.  (1) Except as provided in paragraph (2), a party in interest may file an objection to the list of property claimed as exempt within 30 days after the meeting of creditors held under § 341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later....

The Trustee, as the administrator of this chapter 13 case, has standing to bring this objection as an interested party.  Debtor's § 341(a) meeting was concluded on October 31, 2017.  This objection has been filed within 30 days of the conclusion of the § 341(a) meeting and is therefore timely filed.

**B.    DEBTOR'S CLAIMS OF EXEMPTION UNDER C.C.P. § 703.140(b)(1) IS IMPROPER BECAUSE IT EXCEEDS THE AMOUNT ALLOWED BY THE STATUTE.**

Debtor has elected to use the exemption scheme found in C.C.P. § 703.140.  The relevant portions of which, subsections (b)(1) and (5), provide:

> (b) The following exemptions may be elected as provided in subdivision (a):
> (1) The debtor's aggregate interest, not to exceed twenty-six thousand eight hundred dollars (**$26,800**) in value, in real property or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence.

4

\*\*\*

(5) The debtor's aggregate interest, not to exceed in value one thousand four hundred twenty-five dollars (**$1,425**) plus any unused amount of the exemption provided under paragraph (1), in any property."

[Emphasis added].

Thus, Debtor's claim of exemption under C.C.P. § 703.140(b)(1) is limited to $26,800.  Even if Debtor claimed the exemption under C.C.P. § 703.140(b)(5), that exemption would be limited to $28,225.

As Debtor's claim of an exemption of $50,000 under § 703.140(b)(1) exceeds the amount allowed by statute, the claimed exemption is improper and should be disallowed.

## III.

## CONCLUSION

Based on the foregoing, the Trustee requests that the Court sustain this objection and determine that the claim of exemption in the Property is improper and that such claim of exemption be disallowed, or such other and further relief as the Court may deem just and proper.

Dated: November 21, 2017          By: /s/ Brian D. Wirsching
                                       Brian D. Wirsching
                                       Attorney for Amrane Cohen,
                                       Chapter 13 Trustee

NOTICE OF OBJECTION AND OBJECTION TO CLAIM OF EXEMPTION

## **DECLARATION OF BRIAN D. WIRSCHING**

I, Brian D. Wirsching, declare

1.      I am over the age of eighteen years and am not a party to this case.  I am duly licensed to practice law before this Court.  I am employed as a staff attorney for Amrane Cohen, the duly appointed Chapter 13 Trustee (the "Trustee") in this case.  I have personal knowledge of the facts stated herein or such knowledge has been obtained by the business records of the Trustee and such records are kept in the regular course of business.  It is the regular practice of the Trustee for an employee or representative with knowledge of the act, event, incident, order, transaction, invoice, condition, photo, video recording, audio recording, opinion, or diagnosis, to make the record, or to transmit information thereof to be included in such records.  Said records were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.  Said records attached hereto are the exact duplicates of the originals or are computer print-outs of the original data.

2.      Debtor Hans Nearhoff commenced this case by filing a voluntary petition under chapter 13 on September 25, 2017.

3.      A true and correct copy of Debtor's Schedule A/B: Property is attached as Exhibit A.

4.      A true and correct copy of Debtor's Schedule C: The Property You Claim As Exempt is attached as Exhibit B.

///

///

///

///

6

1    5.    Debtor's § 341(a) meeting of creditors was initially held and concluded on

2  October 31, 2017.  I conducted this meeting as a representative of the Trustee.  At the §

3  341(a) meeting, the Trustee requested that Debtor amend Schedule C to claim the proper

4  exemption amount by November 7, 2017.  The docket does not reflect that an amended

5  Schedule C has been filed.

6    I declare under the penalty of perjury that the foregoing is true and correct.

7  Executed on November 21, 2017, at Orange, CA.

8

9                                    /s/ Brian D. Wirsching
                                     Brian D. Wirsching
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF OBJECTION AND OBJECTION TO CLAIM OF EXEMPTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT A

25
26
27
28

**Fill in this information to identify your case and this filing:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Hans | | Nearhoof | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | Central | District of | CA |
| | | | | (State) |
| Case number | 8:17-bk-13818-ES | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

| | | | |
|---|---|---|---|
| 1.1. | 2495 Tequestra | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Street address, if available, or other description | ☒ Single-family home | |
| | | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☐ Manufactured or mobile home | |
| | Tustin        CA    92782 | ☐ Land | $ 600,000        $ 550,000 |
| | City        State    ZIP Code | ☐ Investment property | |
| | | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | | ☐ Other _____ | |
| | Orange | **Who has an interest in the property?** Check one. | fee simple |
| | County | ☒ Debtor 1 only | |
| | | ☐ Debtor 2 only | ☒ Check if this is community property |
| | | ☐ Debtor 1 and Debtor 2 only | (see instructions) |
| | | ☐ At least one of the debtors and another | |

**Other information you wish to add about this item, such as local property identification number:** _____

If you own or have more than one, list here:

| | | | |
|---|---|---|---|
| 1.2. | _____ | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Street address, if available, or other description | ☐ Single-family home | |
| | | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☐ Manufactured or mobile home | |
| | _____ | ☐ Land | $        $ |
| | City        State    ZIP Code | ☐ Investment property | |
| | | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | | ☐ Other _____ | |
| | | **Who has an interest in the property?** Check one. | |
| | _____ | ☐ Debtor 1 only | |
| | County | ☐ Debtor 2 only | ☐ Check if this is community property |
| | | ☐ Debtor 1 and Debtor 2 only | (see instructions) |
| | | ☐ At least one of the debtors and another | |

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1    Hans                                          Neathammer                              Case number (if known)    8:17-bk-13818-ES
          First Name        Middle Name                    Last Name

---

1.3. _____
     Street address, if available, or other description

     _____

     _____

     City                    State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ....................................➔  | $  550,000 |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

3.1.  Make:          _____
      Model:         _____
      Year:          _____
      Approximate mileage:  _____
      Other information:

      [                    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, describe here:

3.2.  Make:          _____
      Model:         _____
      Year:          _____
      Approximate mileage:  _____
      Other information:

      [                    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

Debtor 1    Hans                    Neathrop                           Case number (if known)    8:17-bk-13818-ES
         First Name    Middle Name    Last Name

3.3.    Make: _____

        Model: _____

        Year: _____

        Approximate mileage: _____

        Other information:

        [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.    Make: _____

        Model: _____

        Year: _____

        Approximate mileage: _____

        Other information:

        [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

      *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

      ☒ No
      ☐ Yes

4.1.    Make: _____

        Model: _____

        Year: _____

        Other information:

        [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.    Make: _____

        Model: _____

        Year: _____

        Other information:

        [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................➔    $_____

Debtor 1    Hans                    Nearwood                              Case number (if known)    8:17-bk-13818-ES
            First Name    Middle Name    Last Name

---

**Part 3:** **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6.** **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe......... Major appliances, furniture, linens, kitchenware        $ 3.000

**7.** **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe......... Computer, Television, printer, cell phone        $ 1,000

**8.** **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.........        $ _____

**9.** **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe.........        $ _____

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.........        $ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe......... Everyday clothes, shoes, accessories        $ 1,000

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe......... Everyday jewelry, costume jewelry, heirloom jewelry, watch        $ 2,000

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.........        $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information..............        $ _____

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................➔    $ 7,000

---

Debtor 1 _____Hans_____ Case number (if known)___8:17-bk-13818-ES___
First Name        Middle Name        Last Name

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes.................................................................................................................... Cash: ......................  $_____

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................        Institution name:

| 17.1. Checking account: | Chase Bank | $ 500 |
| 17.2. Checking account: | | $_____ |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes..................        Institution or issuer name:

_____  $_____
_____  $_____
_____  $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific        Name of entity:                    % of ownership:
information about
them. ......................    _____  _____%  $_____
_____  _____%  $_____
_____  _____%  $_____

Debtor 1    Hans    Nearhoff    8:17-bk-13818-ES

First Name    Middle Name    Last Name    Case number (if known)

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific
information about
them. .....................

Issuer name:

_____    $_____

_____    $_____

_____    $_____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes. List each
account separately..

Type of account:    Institution name:

401(k) or similar plan:    _____    $_____

Pension plan:    _____    $_____

IRA:    _____    $_____

Retirement account:    _____    $_____

Keogh:    _____    $_____

Additional account:    _____    $_____

Additional account:    _____    $_____

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes.........................

Institution name or individual:

Electric:    _____    $_____

Gas:    _____    $_____

Heating oil:    _____    $_____

Security deposit on rental unit: _____    $_____

Prepaid rent:    _____    $_____

Telephone:    _____    $_____

Water:    _____    $_____

Rented furniture:    _____    $_____

Other:    _____    $_____

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes.........................

Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

Debtor 1    Hans        Nearman
         First Name    Middle Name    Last Name

Case number (if known)    8:17-bk-13818-ES

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them. ..    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them. ..    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them. ..    $_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. .............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. .............    $_____

Debtor 1 ___Hans_____ _____ ___Neathage_____        Case number (if known) ___8:17-bk-13818-ES___
            First Name        Middle Name        Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company
       of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. .............        $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim......................        $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ....................        $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ...........        $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................  ➔  $____500____

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......        $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......        $_____

Debtor 1    Hans                    Nealvech                    Case number *(if known)*    8:17-bk-13818-ES
    First Name    Middle Name    Last Name

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☒ No

   ☐ Yes. Describe.......        $_____

**41. Inventory**

   ☒ No

   ☐ Yes. Describe.......        $_____

**42. Interests in partnerships or joint ventures**

   ☒ No

   ☐ Yes. Describe.......    Name of entity:    % of ownership:

         _____    _____%    $_____

         _____    _____%    $_____

         _____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

   ☒ No

   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

       ☐ No

       ☐ Yes. Describe.........        $_____

**44. Any business-related property you did not already list**

   ☒ No

   ☐ Yes. Give specific    _____    $_____
      information .........    _____    $_____

           _____    $_____

           _____    $_____

           _____    $_____

           _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................................➔    $_____0_____

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------|
|         | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☒ No. Go to Part 7.

   ☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured claims
> or exemptions.

**47. Farm animals**

   *Examples*: Livestock, poultry, farm-raised fish

   ☒ No

   ☐ Yes.........................        $_____

---

Debtor 1    Hans    Neander    Case number (if known)    8:17-bk-13818-ES
          First Name    Middle Name    Last Name

**48. Crops—either growing or harvested**

☒ No

☐ Yes. Give specific information. ............

$ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes............................

$ _____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes............................

$ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific information. ............

$ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .....................................................  ➔  $ ___0___

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information. ............

$ _____
$ _____
$ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ....................  ➔  $ ___0___

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** .....................................................  ➔  $ 600,000

**56. Part 2: Total vehicles, line 5**          $ _____

**57. Part 3: Total personal and household items, line 15**          $ 7,000

**58. Part 4: Total financial assets, line 36**          $ 500

**59. Part 5: Total business-related property, line 45**          $ _____

**60. Part 6: Total farm- and fishing-related property, line 52**          $ _____

**61. Part 7: Total other property not listed, line 54**          + $ _____

**62. Total personal property. Add lines 56 through 61** ...................          $ 7,500          Copy personal property total  ➔  + $ 7,500

**63. Total of all property on Schedule A/B. Add line 55 + line 62** .......................................          $ 607,500

# EXHIBIT B

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hans | | Nearhoof |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Central | District of CA |
| | | | (State) |
| Case number | 8:17-bk-13818-ES | | |
| (If known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: SFD<br>Line from *Schedule A/B*: 1.1 | $ 600,000 | ☒ $ 50,000<br>☐ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(1) |
| Brief description: ___<br>Line from *Schedule A/B*: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from *Schedule A/B*: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**

   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Debtor 1    Hans _____ Nea_____ _____
            First Name    Middle Name    Last Name

Case number (if known)    8:17-bk-13818-ES

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cash on hand<br>Line from *Schedule A/B*: 17.1 | $ 500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(5) |
| Brief description: Household furnishings<br>Line from *Schedule A/B*: 6 | $ 3,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(3) |
| Brief description: Computers, electronics<br>Line from *Schedule A/B*: 7 | $ 1,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(3) |
| Brief description: Clothing<br>Line from *Schedule A/B*: 11 | $ 1,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(3) |
| Brief description: Jewelry<br>Line from *Schedule A/B*: 12 | $ 2,000 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 703.140(b)(4) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

770 The City Drive South, Suite 8500, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OBJECTION AND OBJECTION TO CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/21/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Ronald A Norman ronaldanorman@sbcglobal.net

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) 11/21/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hans Nearhoff
4790 Irvine Blvd.
# 105132
Irvine, CA 92620

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. ERITHE A. SMITH

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2017 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**