| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ronald A Norman<br>Law Offices of Ronald A Norman<br>5404 Whitsett Avenue, Suite 133<br>Valley Village, CA 91607<br>818-761-7181<br>Fax : 818-232-9283<br>Email: ronaldanorman@sbcglobal.ne | |

☐ Individual appearing without attorney
☒ Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

| In re:<br><br>HANS NEARHOFF<br><br>Debtor(s). | CASE NO.: 8:17-bk-13818-ES<br>CHAPTER: 13<br><br>**DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)**<br><br>Next Meeting of Creditors<br>Date: 10/31/2017    Time: 11:00AM<br>Next Confirmation Hearing<br>Date: 12/21/2017    Time: 9:30AM |
|---|---|

**Instructions:** In a joint case, both debtors must answer and sign. This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors. If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.

I, Hans Nearhoff _____ (Debtor's name(s)),
hereby declare:

Tax Returns:

| Debtor | Joint Debtor | |
|---|---|---|
| ☒ | ☐ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. |

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 | Page 1 | F 3015-1.08.DEC.TAX.DSO

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[2] |

Year          Taxing Authority (federal, state, or local)          Proposed Date for Filing Return

_____          _____          _____

_____          _____          _____

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I am not required to file federal, state, or local tax returns because: _____ |

Domestic Support Obligations:

| Debtor | Joint Debtor | |
|---|---|---|
| ☒ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

12/20/17          Hans Nearhoff                              /s/ Nearhoff
Date              Debtor's name                              Debtor's signature

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____          _____          _____
Date              Joint Debtor's name                        Joint Debtor's signature

---

[2] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          Page 2          F 3015-1.08.DEC.TAX.DSO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607

A true and correct copy of the foregoing document entitled: **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/21/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/21/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/21/2017 | John Edwards | /S/ John Edwards |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.08.DEC.TAX.DSO

Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

Nationstar Mortgage Seterus, Inc.
Post Office Box 619063
Dallas, TX 75261

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Seterus, Inc.
PO Box 1077
Hartford, CT 06143