**THE LAW OFFICES OF RONALD A NORMAN**
Ronald A Norman SBN 62282
Law Offices of Ronald A Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
818-761-7181
Fax : 818-232-9283
ronaldanorman@sbcglobal.net

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

HANS NEARHOFF

Debtors

) Case No.: 8:17-bk-13818-ES
) Chapter : 13
)
) MOTION OF CREDITOR. NATIONSTAR
) MORTGAGE LLC, FOR RELIEF FROM
) AUTOMATIC STAY
)
) Hearing Continued
)
) Date: July 5, 2018
) Time: 10:00AM
) Courtroom: 5A
) 411 W Fourth Street
) Santa Ana, California 92701

To the Honorable Erithe A. Smith, United States **Bankruptcy Court Judge,** the United States Trustee, the Chapter 13 Trustee, and all other parties in interest:

On June 21, 2016, as to the Debtor's real property, 2495 Tequestra #18, Tustin, CA 92782, this Court ordered Debtor to provide proof of payment of all post-petition property taxes by July 5, 2018. Said Debtor, Hans Nearhoff, hereby, responds as follows:

As is set forth in Debtors note and deed of trust, true and correct copies of which are included as Exhibit 1, hereof in Creditor's motion, and as reiterated in Debtors loan payment statements, of which a true and correct copy of Debtor's most recent statement is included

DEBTOR 'S PROOF OF PAYMENT OF ALL POSTPETITION PROPERTY TAXES

herewith as exhibit 1, Debtor's monthly payments include his property taxes.

Further, included herewith as exhibit 2, is a true and correct of the applicable Tax collector's statement pertaining to Debtor's real property all post-petition taxes have been paid and no property taxes are due,

Dated: July 5, 2018

/s/ Ronald A Norman

Attorney for Debtors

**EXHIBIT 1**



# Treasurer-Tax Collector
### Shari L. Freidenrich, CPA

OCgov.com    quick access

Current Agency ○
Entire County ○    Search...

| ONLINE PAYMENTS / SERVICES | AGENCY BILLING / COLLECTIONS | INVESTMENTS | PROPERTY TAX | INFO & CONTACT US | FINANCIAL REPORTS / STATISTICS | HOW DO I |

Treasurer-Tax Collector

View Cart ( Empty )

## TREASURER-TAX COLLECTOR

» Treasurer-Tax Collector Home
» Online Payments / eServices →
» Agency Billing / Collections →
» Investments →
» Property Tax →
» Information →
» Financial Reports / Statistics →
» How Do I →
» Resources

## Treasurer-Tax Collector



**Property Tax Information**
**FISCAL YEAR 2017-2018**
This page presents tax information on the parcel you have selected. Payments, corrections and/or other adjustments made today will not be reflected as PAID for <u>two business days</u>. Please note your payment will receive same day credit as of the date you completed the transaction online.

| | |
|---|---|
| Parcel No. | 934-084-34 |
| Property Location | 2495 TEQUESTRA |
| Tax Rate Area | 13-077 |
| Roll Type | Secured |

View Original Bill    (See Bill Disclaimer)



| Installments | Installment Payment Deadline | Status | Amount Due | Remarks |
|---|---|---|---|---|
| First Installment | 12/11/2017 | PAID | $0.00 | |
| Second Installment | 04/10/2018 | PAID | $0.00 | |
| Total Due and Payable | | | $0.00 | |

The amount above represents the amount due for the current tax year only, and includes any corrections, penalties and fees not reflected in your original tax bill. You may go back to the previous page for any prior year information. For any questions, please contact the Treasurer-Tax Collector's Office at (714) 834-3411 or send an email to ttcinfo@ttc.ocgov.com.

## MOST POPULAR ⊖

Unsecured Tax Bill Reminder
Secured Tax Bill Reminder
Payment of Multiple Tax Parcels
Investment Report Subscription
Property Auctions
Property Tax Auction Subscription
View Prior Year Tax Bills
Change of Mailing Address Form

## RESOURCES ⊖

Top 10 Taxpayers
Installment Plans
Tax Sale Excess Proceeds
Important Dates
California Codes
Recorded Property Liens
Change of Mailing Address Form
Change of Ownership Forms
Assessment Appeals
Business Property Valuations
Tax Defaulted Properties




**Payment Summary**

| Installments | Date Paid | Amount Paid | Remarks |
|---|---|---|---|
| First Installment | 12/06/2017 | $4,258.08 | |
| Second Installment | 04/03/2018 | $4,258.08 | |
| Total Amt Paid | | $8,516.16 | |

**Assessed Values and Exemptions**

| Description | Full Value | | Computed Tax |
|---|---|---|---|
| Land | $514,841 | | |
| Mineral Rights | $0 | | |
| Improvements | $224,659 | | |
| Personal Property | $0 | | |
| Others | $0 | | |
| Total Values | $739,500 | | |
| (Less) Exemptions | | | |
| | $0 | | |
| Total Net Taxable Value | $739,500 | | |

Total Due and Payable    $0.00

**Tax Consolidation on Secured Property Tax Bill**

For a detailed breakdown of the tax rates and tax amounts on your tax bill, click on the link below. If you have further questions, call our office at 714-834-3411 (9:00 am to 5:00 pm M-F).

*Click Here for Detailed Information on What Makes Up Your Taxes!*

**EXHIBIT 2**

# mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

## INFORMATIONAL STATEMENT

**CONTACT INFORMATION**
Customer Service: 877-343-5602
Monday - Friday: 8 a.m. - 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Latory Lakes and can be reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 06/19/2018 |
| Loan Number: | 617873260 |
| Payment Due Date: | 07/01/2018 |
| **Total Payment Amount:** | **$40,298.70** |

809820.2-NNNN-30090896.3501
HANS NEARHOOF
2495 TEQUESTRA 18
TUSTIN, CA 92782

Property Address:
2495 TEQUESTRA 18
TUSTIN, CA 92782

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $500,235.22 |
| Interest Rate (Until 01/01/2014) | 5.375% |
| Escrow Balance | ($30,293.01) |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)

| | |
|---|---|
| Principal | $1,214.02 |
| Interest | $2,240.64 |
| Escrow Amount (for Taxes and Insurance) | $575.21 |
| **Regular Monthly Payment** | **$4,029.87** |
| Past Unpaid amount | $36,268.83 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$40,298.70** |

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $172,929.33 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $0.00 |
| Current Balance | $172,929.33 |

### Past Payments Breakdown

| | Payments Rec'd Since 05/22/2018 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $4,029.87 |
| **Total** | **$0.00** | **$4,029.87** |

### Transaction Activity (05/22/2018 to 06/19/2018)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/06/2018 | Partial Payment | $4,029.87 | | | | $4,029.87 |
| 06/04/2018 | Partial Payment | $284.59 | | | | $284.59 |

### Important Messages

(See Reverse side for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr.Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

While an account is involved in a pending bankruptcy case, Mr.Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject

---

## usbank    CASHIER'S CHECK    No. 7251512834

90-3582
1222

DATE: JULY 02, 2018

PAY    FOUR THOUSAND TWENTY NINE DOLLARS AND 87 CENTS

$ 4,029.87

TO THE
ORDER OF:    MR COOPER

PURPOSE/REMITTER: ACCT 617873260 HANS NEARHOOF

Location:    7251 Tustin Newport Ave

U.S. Bank National Association
Minneapolis, MN 55480

*July payment 2018*

AUTHORIZED SIGNATURE

⑈7251512834⑈ ⑆122235821⑆ 1534100 23953⑈

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607

A true and correct copy of the foregoing document described as:

DEBTOR 'S PROOF OF PAYMENT OF ALL POSTPETITION PROPERTY TAXES

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07-05-2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane (SA) Cohen (TR ) efile@ch13ac.com
Valerie J Schratz vschratz@hallgriffin.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov• 2.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 07-05-2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method f
I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5040
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07-05-2018 | David Park | /s/ David Park |
|---|---|---|
| Date | Type Name | Signature |