HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hhall@hallgriffin.com*
VALERIE J. SCHRATZ, State Bar No. 272418
  *vschratz@hallgriffin.com*
ELENA A. LEONARD, State Bar No. 303838
  *eleonard@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Creditor/Movant
NATIONSTAR MORTGAGE LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HANS NEARHOOF,<br><br>      Debtor. | CASE NO. 8:17-bk-13818-ES<br><br>Chapter 13<br><br>JUDGE:  Hon. Erithe A. Smith<br>CTRM.:  5A<br><br>**REPLY TO DEBTOR'S SUPPLEMENTAL RESPONSE RE: MOTION OF CREDITOR NATIONSTAR MORTGAGE LLC FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE:    July 19, 2018<br>TIME:    10:00 a.m.<br>CRTRM.: 5A |

Creditor Nationstar Mortgage LLC ("Nationstar") hereby submits this Reply to Debtor Mr. Hans Nearhoof's ("Debtor") July 5, 2018 Response ("Response") to Nationstar's Motion for Relief from Stay and In Rem Order ("Motion").  Nationstar requests that the Court adopt its prior tentative ruling and grant the Motion with §4001(a)(3) waiver and all other relief requested except Relief Request #11 and recordation of order is required as to Relief Request #10.

/ / /

1    On June 21, 2018, hearing on Nationstar's Motion was held.  Prior to this hearing,

2  Debtor field only a form Opposition without any evidence attached, which the Court

3  properly overruled.  At the hearing, Debtor's counsel, John Edwards, declared to the Court

4  that Debtor had been paying the property taxes for the subject property directly and would

5  bring current all post-petition payments to Nationstar.  Following this, the Court requested

6  additional briefing and ***evidence from Debtor that he had actually made all tax and post-***

7  ***petition payments***, and continued the Motion hearing to July 19, 2018.

8    On July 5, 2018, Debtor filed his Response, but supplied only statements showing

9  property tax payments had been made (not proof he had made them), along with his

10  admission that "Debtor's monthly payments [to the Nationstar mortgage loan] include his

11  property tax payments." *Response,* 1:27-2:1 and Exhibits.  Thus, Debtor has provided no

12  evidence that he has made any property tax payments directly, and thus concedes all

13  property tax payments have only been made by Nationstar.

14    Moreover, Debtor provides no evidence that he has made any additional post-

15  petition payments, or that he has paid the significant arrearage regarding post-petition

16  payments owed to Nationstar.  In reality, Debtor has made no payments to Nationstar since

17  June 6, 2018, long before the prior Motion hearing date.[1]  The Cashier's Check presented

18  with the Opposition as Exhibit 2 has not been received by Nationstar.  Moreover, even if

19  such payment had been received, it is nowhere near sufficient to pay the post-petition

20  arrearage.  As additional payments have now become due, the total outstanding post-

21  petition arrearage is now $73,703.01, and is comprised of the following:

22    Post-Petition payments due: 10 payments[2]  x $4,029.87 = $40,298.70

23    Post-Petition Advances of Property Taxes:            $8,516.16

24  _____

25  [1] Debtor's sporadic and insufficient payments are detailed in Nationstar's prior Motion and
26  related briefings.

27  [2] Debtor's Bankruptcy Petition was filed on September 25, 2017.  Post-Petition payments
were due on the 1st of each month thereafter, a total of 10 months including most recent
28  payment due July 1, 2018.

REPLY TO DEBTOR'S SUPPLEMENTAL RESPONSE RE: MOTION OF CREDITOR NATIONSTAR
MORTGAGE LLC FOR RELIEF FROM AUTOMATIC STAY
P:\DOCS\Nationstar.Nearhoof (Refile)\Pleadings\Supplemental.Reply.Motion for Relief from Stay.docx

HALL GRIFFIN

| | | |
|---|---|---|
| 1 | Attorneys' Fees and Costs incurred post-petition:[3] | $34,204.98 |
| 2 | Less: Funds held in Suspense[4] | -$ 972.50 |
| 3 | Less: Payments made by Debtor Post-Motion: | -$8,344.33 |
| 4 | Total Post-Petition Arrearage: | $73,703.01 |

5    Debtor has shown this Court nothing but bad faith. After filing multiple previous

6 civil litigation actions, whose admitted sole purpose was to delay foreclosure, Debtor filed

7 this bankruptcy following Debtor's civil counsel's multiple explicit explanations that the

8 filing would be done solely to delay the foreclosure sale. Debtor transferred title to the

9 subject property to Eastwood Group LLC and then transferred title back to Debtor just a

10 few days before the scheduled foreclosure. Now, Debtor has at best mislead, and likely

11 outright misrepresented to, this Court regarding his payments for property taxes and post-

12 petition payments made and to be made to Nationstar. All of these actions were clearly

13 done so that Debtor could indefinitely delay foreclosure of his second home while

14 avoiding paying required amounts under his Bankruptcy Plan. The Court should decline to

15 sanction Debtor's continuing bad faith, uphold its prior tentative ruling and grant this

16 Motion.

17 DATED: July 12, 2018        HALL GRIFFIN LLP

19 By: _____

20         Howard D. Hall, Esq.

21         Valerie J. Schratz, Esq.

22         Elena A. Leonard, Esq.
        Attorneys for Creditor/Movant

23         NATIONSTAR MORTGAGE LLC

---

[3] The bulk of such fees were incurred defending against Plaintiff's refiled civil litigation actions, described further in the Motion. Under the terms of the loan Deed of Trust, such amounts are immediately due and payable. Even if such attorneys' fees are not included, there remains a significant post-petition arrearage.

[4] Suspense funds include 2 payments made by Debtor post-petition, totaling $781.77.

HALL GRIFFIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1851 East First Street, 10th Floor, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): Reply to Debtor's Supplemental Response Re:
Motion of Creditor Nationstar Mortgage LLC For Relief From Automatic Stay

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/12/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
   Amrane (SA) Cohen (TR)    efile@ch13ac.com
   Dane W Exnowski    dane.exnowski@mcalla.com, bk.ca@mcalla.com
   Ronald A Norman    ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
   Edward A Treder    cdcaecf@bdfgroup.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _07/12/2018_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
VIA OVERNIGHT
Honorable Erithe A. Smith
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/12/2018 | Laura Lane | *Laura Lane* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*In re Hans Nearhoof, Debtor*

**Service List**

**Gilbert R Yabes  ecfcacb@aldridgepite.com,
GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com**